**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :           CASE NO.: 7:25-CR-29 (WLS)
                                    :
MICHELLE MEADOWS, et al.,           :
                                    :
      Defendants.                  :
                                    :

## ORDER

Defendant Blake Woodruff moves unopposed to extend his discovery deadline from April 15, 2026, to May 6, 2026. (Doc. 94). Woodruff states the case involves allegations of fraud spanning over three and a half years during which he lived in three different states. (*Id.* ¶¶ 2–3). Woodruff further states there is potential reciprocal discovery still being gathered, reviewed, and prepared by his Counsel and that such matters require additional time to investigate and research before providing his discovery to the Government. (*Id.* ¶ 4).

For good cause shown, the Motion to Extend Deadline for Defense Discovery (Doc. 94) is **GRANTED** as to Defendant Blake Woodruff only. Hence the deadline for Blake Woodruff's discovery to be in the possession of the Government is **EXTENDED** to **Wednesday, May 6, 2026**.

      **SO ORDERED**, this 16th day of April 2026.


                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE**
                    **UNITED STATES DISTRICT COURT**

1